IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '09-CV-00470 BNB

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

(Removal from Eleventh Judicial District, County of Santa Fe, State of New Mexico, F. Douglas Moeller v. Kenneth Gomez & Lynette Gomez, et al., Case No. 08CV1805-1)

F. DOUGLAS MOELLER,

    Plaintiff,

v.

KENNETH GOMEZ and LYNETTE GOMEZ, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 05 2009

GREGORY C. LANGHAM
CLERK

## ORDER FOR SUMMARY REMAND

Defendants, Kenneth Gomez and Lynette Gomez, have submitted to this Court *pro se* a cover letter and a document titled "Forfeiture of Proceedings for Lack of Jurisdiction and Venue." The clerk of the Court will be directed to commence a civil action. Although neither Kenneth nor Lynette Gomez has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, the Court will not requires the Gomezes to cure this deficiency, and instead will remand the action summarily to the Eleventh Judicial District Court.

Defendants seek the removal to this Court of Case No. 08CV1805-1, which appears to be a civil case filed in the Eleventh Judicial District in the County of Santa Fe, New Mexico. The Court must construe liberally the document titled "Forfeiture of Proceedings for Lack of Jurisdiction and Venue" because Defendants are representing

themselves. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the document liberally as a notice of removal.

The Court has reviewed the notice of removal and finds that it is deficient because Defendants fail to set forth "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Defendants do not demonstrate that the New Mexico county court action properly may be removed to this Court. Therefore, this action will be summarily remanded to the Eleventh Judicial District Court. Accordingly, it is

ORDERED that the clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that the document titled "Forfeiture of Proceedings for Lack of Jurisdiction and Venue" is construed liberally as a notice of removal. It is

FURTHER ORDERED that this action is remanded summarily to the Eleventh Judicial District Court in the County of Santa Fe, New Mexico. It is

FURTHER ORDERED that the clerk of this Court shall mail a certified copy of this order to the clerk of the Eleventh Judicial District Court.

DATED at Denver, Colorado, this 4 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '09 - CV - 00470

Kenneth Gomez
Annette Gomez
#4 CR 5095
Bloomfield, NM 87413

Eleventh Judicial District Court
Aztec Division
103 South Oliver Drive
Aztec, NM 87410

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/5/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk