IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00470-ZLW

(Removal from Eleventh Judicial District, County of Santa Fe, State of New Mexico, F. Douglas Moeller v. Kenneth Gomez & Lynette Gomez, et al., Case No. 08CV1805-1)

F. DOUGLAS MOELLER,

Plaintiff,

v.

KENNETH GOMEZ and LYNETTE GOMEZ, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23 2009

GREGORY C. LANGHAM
CLERK

ORDER DENYING CHALLENGE TO SUMMARY REMAND

This matter is before the Court on the document titled "Challenge to Competence of Summary Remand" submitted to and filed with the Court on March 16, 2009, by Defendant Kenneth Gomez. In the document, Mr. Gomez objects to the March 5, 2009, summary remand of this removal action to the Eleventh Judicial District Court in the County of Santa Fe, New Mexico. The Court must construe the document liberally because Mr. Gomez is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Under 28 U.S.C. § 1447(d), an order remanding a case to the state court from which it was removed in not reviewable on appeal or otherwise, except in certain limited circumstances that do not appear to be applicable to the instant action. Therefore, the document titled "Challenge to Competence of Summary Remand" will be denied. Accordingly, it is

ORDERED that the document titled "Challenge to Competence of Summary Remand" submitted to and filed with the Court on March 16, 2009, by Defendant Kenneth Gomez is denied.

DATED at Denver, Colorado, this 23 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00470-BNB

Kenneth Gomez
Lynette Gomez
#4 CR 5095
Bloomfield, NM 87413

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/23/09

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                         Deputy Clerk